UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY S. CROMWELL, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CERTIFIED FORENSIC LOAN AUDITORS, et al.,<br><br>  Defendants. | Case No: C 17-02429 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Dismissing Action, Dkt. 76, the Court hereby enters a final judgment of dismissal.

IT IS SO ORDERED.

Dated: 4/12/19

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge